IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN BURTON LANE,
FDOC Inmate No. W16844,
    Plaintiff,

vs.                                           Case No.: 3:19cv2368/LAC/EMT

LT. J.D. JOHNSON, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 12, 2019 (ECF No. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. That this cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b) as malicious and that Plaintiff be assessed a "strike" under 28 U.S.C. § 1915(e).

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 10th day of September, 2019.

                s/*L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**